UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES CADWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:14-cv-1157-WTL-MJD |
| | ) |
| SUN LIFE ASSURANCE COMPANY | ) |
| OF CANADA and STEEL DYNAMICS, | ) |
| INC. DISABILITY PLAN, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

The Court having granted the Defendants' motion for summary judgment, judgment is hereby **ENTERED** in favor of the Defendants and against the Plaintiffs on all claims.

SO ORDERED: 2/16/16

_____

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution to all registered counsel by electronic notification via CM/ECF